## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-mc-10329

Heidi K. Erickson

v.

Administrative Office of the Trial Court, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/19/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 28, 2005.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/29/05.

/s/ D. Burchard

Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-mc-10329-RCL

In re: Heidi Erickson  
Assigned to: Judge Reginald C. Lindsay

Date Filed: 09/06/2005

**Petitioner**

**Heidi K. Erickson**  represented by  **Heidi K. Erickson**  
Harvard Postal Station  
Box 0444  
Cambridge, MA 02238-0444  
617-319-4000  
Fax: 617-846-2288  
Email: heidi@heidi-erickson.us  
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 09/06/2005 | 1 | MOTION for Leave to File a Complaint in the District of MA by Heidi K. Erickson, filed.(Catino3, Theresa) (Entered: 09/07/2005) |
| 09/09/2005 |  | Judge Reginald C. Lindsay : endorsedORDER entered denying 1 Motion for Leave to File a complaint (against Administration Offices of the Trial Court, et al)... (Catino3, Theresa) (Entered: 09/14/2005) |
| 09/19/2005 | 2 | MOTION for Leave to Proceed in forma pauperis by Heidi K. Erickson.(York, Steve) (Entered: 09/19/2005) |
| 09/19/2005 | 3 | NOTICE OF APPEAL by Heidi K. Erickson. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order |

| | | |
|---|---|---|
| | | Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/11/2005. (York, Steve) (Entered: 09/19/2005) |
| 09/21/2005 | 4 | Judge Reginald C. Lindsay : ORDER entered on Motion for Leave to file Appeal in Forma Pauperis (York, Steve) (Entered: 09/21/2005) |