05-10329
USDC-MA BO
J. Lindsay

# United States Court of Appeals
## For the First Circuit

## ~~MANDATE~~

No. 05-2464

IN RE: HEIDI K. ERICKSON,

Petitioner, Appellant.

---

Before

Boudin, Chief Judge,
Selya, Senior Circuit Judge,
and Lipez, Circuit Judge.

---

JUDGMENT

Entered: January 17, 2007

    Having reviewed the record, we find no error in the district court orders denying plaintiff's motion for leave to file a complaint in this case. The actions of which plaintiff complains were initiated by a state court judge in pursuit of her judicial duties. Since the judge is protected by judicial immunity, Cok v. Cosentino, 876 F.2d 1, 2 (1st Cir. 1989), the complaint is frivolous.

    Affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

By: __MARGARET CARTER__
      Chief Deputy Clerk.

[cc: Heidi Erickson ]

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk
Deputy Clerk
Date: 2/7/07